**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

UNITED STATES OF AMERICA

   VS                                         CASE NO. 3:12cr20-MCR

ROBERT J. DONSON

**REFERRAL AND ORDER**

Referred to Judge M. Casey Rodgers on   August 1, 2013
Motion/Pleadings:   MOTION FOR ORDER OF DISMISSAL
Filed by   Government   on   8/1/2013   Doc.#   51
RESPONSES:
                                          on                  Doc.#
                                          on                  Doc.#

\_\_\_\_\_ Stipulated    \_\_\_\_\_ Joint Pldg.
\_X\_\_ Unopposed   \_\_\_\_\_ Consented

                                    JESSICA J. LYUBLANOVITS,
                                    CLERK OF COURT

                                    s/ *Susan Simms*
LC (1 OR 2)                         Deputy Clerk: Susan Simms

# *ORDER*

    *Upon consideration of the foregoing, it is ORDERED this 2nd day of August, 2013, that:*

    *The relief requested is GRANTED.*


                                                     s/ *M. Casey Rodgers*
                                                       *M. CASEY RODGERS*
                                               *Chief United States District Judge*